# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Erlande Simonville, | Case No. 21-CV-0422 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| Cigna Life Insurance Company of New York, | |
| Defendant. | |

Stephen J. Fields, Merrick B. Williams and Zachary Schmoll, Fields Law Office, Ltd., 9999 Wayzata Blvd, Minnetonka, MN 55305 for Plaintiff Erlande Simonville.

Daniel Keenan Ryan, Hinshaw & Culbertson LLP, 151 N. Franklin Street, Suite 2500, Chicago, IL 60606 and Margaret Ann Santos and Margarita Gokhberg, Hinshaw & Culbertson LLP, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402 for Defendant Cigna Life Insurance Company of New York.

This matter is before the Court upon the Stipulation of Dismissal filed by the parties [Doc. No. 24]. Based on the Stipulation,

IT IS ORDERED that this action is hereby dismissed with prejudice on its merits and without costs, disbursements or attorneys' fees to any party.

Dated: January 12, 2022

                                                                                      s/Susan Richard Nelson
                                                                                       SUSAN RICHARD NELSON
                                                                                       United States District Judge